UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 15-BK-27765** |
| **CHRISTIAN LLOYD KING** ) | |
| ) | CHAPTER 13 |
| Debtor(s). ) | |
| ) | |

**PROOF OF SERVICE OF CHAPTER 13 PLAN**

  I, Robert Wilbert, hereby certify that on this 27th day of January 2016, I served a copy of the Debtor's Chapter 13 Plan on Trustee Ellen W. Cosby, electronically via the Court's CM/ECF System at ECF@ch13balt.com and Ecosby13@ecf.epiqsystems.com; and to the following interested parties by first class mail, postage prepaid:

Mendelson Family Dentistry, PA
11300 Reisterstown Road
Owings Mills, MD 21117

Caliber Home Loans %
BWW LOAN GROUP LLC
6003 Executive Blvd #101
Rockville, MD 20852

Barclay's Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899

First Financial FCU
1215 York Road
Lutherville-Timonium, MD 21093

Caliber Home Loans, Inc
PO Box 24610
Oklahoma City, OK 73124-0610

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

Deputy County Attorney
Baltimore County Office of Law
400 Washington Avenue, 2nd Floor
Towson, MD 21204-4606

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

Supervisor of Delin. Accts.
Rm. 1 Municipal Building
Holliday & Lexington Streets
Baltimore, MD 21202

/s/ Robert Wilbert

Robert Wilbert
Federal Bar No. 11567
2771-29 Monument Road #234
Jacksonville, FL 32225
904-888-2299
904-358-3061 FAX
WilbertBankruptcy@gmail.com