## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 1/28/16**

In re:   Case No.:   15–27765 NVA   Chapter:   13

Christian Lloyd King
Debtor(s)

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 24 – Schedules A–J with Declaration Concerning Schedules on behalf of Christian Lloyd King Filed by Wilbert Robert. (Robert, Wilbert) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 2/11/16.** |
| CURE: | The filing fee of $30 for Amended Matrix/Schedule must be paid. (28 U.S.C. §1930) |

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

> U.S. Bankruptcy Court
> Garmatz Federal Courthouse
> 101 W. Lombard Street, Suite 8530
> Baltimore, MD 21201
>
> U.S. Bankruptcy Court
> U.S. Courthouse
> 6500 Cherrywood Lane, Suite 300
> Greenbelt, MD 20770

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

An amended matrix that only lists newly added creditors and/or creditors whose addresses have changed. A certificate of service indicating service of a copy of the original Notice for Meeting of
Creditors, if creditors have been added or one or more addresses have been changed.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

> Mark A. Neal, Clerk of Court
> by Deputy Clerk, Denise Smith   410–962–4414

cc:   Debtor(s)
    Attorney for Debtor(s) – Wilbert Robert

Form defntc (11/2013)